UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

David Malavolta,

                    Plaintiff(s),

-v-

Commissioner of Social Security,

                    Defendant(s).
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 3 2008

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 6528 (LTS)(KNF)

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement* (Principals to participate as required by Magistrate Judge)

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___ Habeas Corpus

_X_ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
    Particular Motion:_____
_____

    All such motions: ____

---

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
                August 12, 2008

                                          LAURA TAYLOR SWAIN
                                          United States District Judge